IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

DIRK RALPH GORHAM, §
 §
    Petitioner, §
 §
 §
v. § 2:06-CV-0075
 §
NATHANIEL QUARTERMAN, Director, §
Texas Department of Criminal Justice, §
Correctional Institutions Division, §
 §
    Respondent. §

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION and SUPPLEMENT TO REPORT AND RECOMMENDATION, and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court an application for a writ of habeas corpus by a person in state custody. On December 5, 2008 the United States Magistrate Judge issued a Report and Recommendation in this cause recommending therein that habeas relief be denied. On March 6, 2009, the United States Magistrate Judge issued a Supplement to the December 5, 2008 Report and Recommendation, again recommending the petition be denied. Petitioner filed objections to the Report and Recommendation on December 12, 2008 and to the Supplement on March 17, 2009. The undersigned United States District Judge has made an independent examination of the record in this case and has considered the objections made by petitioner to the Report and Recommendation and to the Supplement to the Report and Recommendation. The objections filed by petitioner are without merit and are hereby OVERRULED. The Magistrate Judge's Report and Recommendation and Supplement to the Repot and Recommendation are hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is DENIED.

IT IS SO ORDERED.

ENTERED this _18d_ day of _March_ 2009.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE